1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California  94102
     Telephone:        (415) 436-7428
7    Facsimile:        (415) 436-7027
     claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                 OAKLAND DIVISION

13

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA, | ) No. 14-MJ-71548-MAG |
| 15 | Plaintiff, | ) STIPULATED MOTION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY |
| 16 | v. | ) HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT |
| 17 | JOSEPH EDWARD CONNER, | ) TO MAY 4, 2015 |
| 18 | Defendant. | ) |

21

22     With the agreement of the parties, and with the consent of the defendant, the Court enters this

23 order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary

24 hearing date for Defendant Joseph Conner to May 4, 2015, at 9:30 a.m. before the Honorable Kandis A.

25 Westmore.  Counsel for the defendant believes that postponing the preliminary hearing is in his client's

26 best interest and that it is not in his client's best interest for the United States to present an indictment

27

28 CASE NO. 14-MJ-71548-MAG
   STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING
   OR ARRAIGNMENT
                   1

before the current March 13, 2015 preliminary hearing date. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties agree and stipulate that, having been recently retained in this matter, defense counsel needs time to further investigate this matter, review discovery, and confer with the defendant, and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Undersigned defense counsel represents that he has spoken with his client, and that Mr. Conner agrees to the continuance and to time being tolled and waived as requested.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 10, 2015	MELINDA HAAG
	United States Attorney


	_____/s/_____
	CLAUDIA A. QUIROZ
	Assistant United States Attorney



	_____/s/_____
	MICHAEL HINCKLEY
	Attorney for Joseph Edward Conner


IT IS SO ORDERED.

DATED: __3/10/15_____	_____
	HON. KANDIS A. WESTMORE
	United States Magistrate Judge

CASE NO. 14-MJ-71548-MAG
STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT

2