MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7027
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 15-0296-HSG |
|---|---|
| Plaintiff, | ) ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) |
| JOSEPH EDWARD CONNER, | ) Date:  June 22, 2015<br>) Time:  9:30 a.m.<br>) Court: Hon. Haywood S. Gilliam, Jr. |
| Defendant. | ) |

    The parties appeared before the Honorable Haywood S. Gilliam, Jr. on June 22, 2015 for a status conference. Michael Hinckley appeared as counsel for Defendant Joseph Edward Conner. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from June 22, 2015 to August 10, 2015. The parties agreed, and the Court found and held, as follows:

    1.    The parties agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to further investigate this matter, review discovery, and confer with the defendant, taking into account the exercise of due diligence.

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 15-0296-HSG

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 22, 2015 to August 10, 2015 from Speedy Trial Act calculations outweigh the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of Defendant Joseph Edward Conner, the period from June 22, 2015 to August 10, 2015 is excluded from the Speedy Trial Act calculations for effective preparation of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: June 23, 2015

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

Approved As To Form:

     /s/                                               Dated:  June 22, 2015
MICHAEL HINCKLEY
Counsel for Defendant Joseph Edward Conner

     /s/                                               Dated: June 22, 2015
CLAUDIA A. QUIROZ
Assistant United States Attorney
Counsel for United States

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 15-0296-HSG

1                                                     Attestation of Filer

2        In addition to myself, the other signatory to this document is Michael Hinckley.  I attest that I

3 have his permission to enter a conformed signature on his behalf and to file the document.

4 DATED: June 22, 2015                                   _____/s/_____
                                                                                     CLAUDIA A. QUIROZ
5                                                                                                             Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28