UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR 15-0296 HSG** |
| ) | |
| Plaintiff, ) | **PRELIMINARY ORDER OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| JOSEPH EDWARD CONNER, ) | |
| ) | |
| Defendant. ) | |

Having considered the application for a Preliminary Order of Forfeiture filed by the United States and the Plea Agreement entered on August 2, 2016, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

    a. One black Samsung Smartphone contained in a black Otter Box cellular telephone (Model SM-G900T; IMEI number 351881064703992; serial number RV8F41N1SLP;

    b. One black Alcatel Onetouch smartphone; IMEI number 014188001003117; and

    c. One Digital Scale.

PRELIMINARY ORDER OF FORFEITURE
CR 15-0296 HSG                                                                      1

1    IT IS HEREBY ORDERED that the following property is forfeited to the United States:
2    pursuant to Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c) and
3    the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

4    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize
5    the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least
6    thirty days, notice of this Order, notice of the government's intent to dispose of the property in such
7    manner as the Attorney General may direct and provide notice that any person, other than the defendant,
8    having or claiming a legal interest in the property, must file a petition with the Court and serve a copy
9    on government counsel with (30) days of the final publication of notice or of receipt of actual notice,
10   whichever is earlier;

11   IT IS FURTHER ORDERED that the government may conduct discovery in order to identify,
12   locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal
13   Rules of Criminal Procedure; and

14   IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary
15   Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure
16   32.2(e); and

17   IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of
18   Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of
19   sentencing and shall be made part of the sentence and included in the judgment.

20   IT IS SO ORDERED this 4th day of August, 2017.

*[signature: Haywood S. Gilliam Jr.]*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge